IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09–23–M–DWM |
| Plaintiff/Respondent, | |
| vs. | SCHEDULING ORDER |
| DAVID PAUL PETERS, | |
| Defendant/Petitioner. | |

Defendant David Peters moves the Court for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  (Doc. 219.)  His current projected release date is October 17, 2026.  *See* Inmate Locator, http://www.bop.gov/inmateloc (accessed Nov. 2, 2023).

On June 17, 2021, Chief Judge Morris appointed the Federal Defenders of Montana to review all cases involving defendants represented by appointed counsel under the Criminal Justice Act "to determine which defendants may qualify for relief under 18 U.S.C. § 3582(c)."  Standing Order BMM-13 at 1-2 ¶ 1(a) (D. Mont. June 17, 2021), *available at* https://www.mtd.uscourts.gov/standing-orders.

Defendant Dezmen Patron was eligible for representation under the Criminal Justice Act.  (*See* Docs. 4, 6.)  Counsel will be appointed to file an amended motion.

1

Accordingly, IT IS ORDERED:

1. The defendant's motion to reduce his sentence (Doc. 219) is STAYED.

2. The Federal Defenders shall promptly locate conflict-free counsel to represent the defendant.

3. Counsel shall immediately file a Notice of Appearance on the defendant's behalf. Upon filing, counsel is APPOINTED, retroactive to the date of this Order.

4. The United States shall promptly request and relay to counsel the pertinent medical records, educational or vocational records, disciplinary history, all requests to the Warden for compassionate release, and any responses from the Warden or Bureau of Prisons related to the defendant's request(s).

5. Within 60 days of the date of this Order, counsel must file an amended motion.

6. Briefing on the amended motion shall proceed in accordance with D. Mont. L.R. CR 47 (Dec. 1, 2022).

DATED this 6ª day of November, 2023.

                                          Donald W. Molloy, District Judge
                                          United States District Court